DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

DURING THE YEARS 1910 and 1911.

## Fred C. Ballweg et al., Appellants, v. Board of Election Commissioners et al., Appellees.

APPEALS AND ERRORS—*failure to file proper abstract.* A mere index of the record is not an abstract within the requirements of the rules of the third district, and for failure to comply with such rules by the filing of a sufficient abstract an affirmance will be ordered.

*Mandamus.* Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the May term, 1910. Affirmed. Opinion filed December 7, 1910.

W. H. NELMS and ALFRED ADAMS, for appellants; RUFUS M. POTTS, of counsel.

H. L. SHELDON, for appellees.

*Per Curiam.* Rule 22 of this court requires that a party bringing a cause into this court shall furnish a complete abstract or abridgment of the record. The purported abstract furnished by appellants in this cause is a mere index of the record and wholly fails to meet the requirements of the rule. For the failure of appellants to comply with said rule of this court the judgment of the Circuit Court will be affirmed.

*Affirmed.*